DAVID R. ZARO (BAR NO. 124334)
JOSHUA R. MANDELL (BAR NO. 225269)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY BOTELHO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC., a New York corporation; INDYMAC BANK, F.S.B.; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. 4:08-cv-04316<br><br>STIPULATION TO ALLOW FDIC AS CONSERVATOR TO INTERVENE AND BE SUBSTITUTED FOR INDYMAC BANK F.S.B. AND FOR STAY OF PROCEEDINGS; [Proposed] ORDER THEREON |

WHEREAS On July 11, 2008, IndyMac Bank, F.S.B. was closed by the Office of Thrift Supervision and the Federal Deposit Insurance Corporation ("FDIC") was appointed as receiver (the "Receiver"). On the same date, a new institution, IndyMac Federal Bank F.S.B. ("IndyMac Federal") was chartered and all of the insured deposits and substantially all the assets of IndyMac, including this litigation, were transferred to IndyMac Federal. IndyMac Federal was then placed into conservatorship, and the FDIC was appointed as conservator (the "Conservator");

WHEREAS the Conservator stands in the shoes of IndyMac to perform all functions of the institution, in the name of the institution, including to defending this action;

WHEREAS in order to protect its interest the Conservator seeks to intervene pursuant to FRCP 24(a) and substitute itself in the place and stead of IndyMac pursuant to FRCP 25(c);

WHEREAS FRCP 24(a) permits a non party to intervene in an action when the non party claims an interest relating to the property or transaction that is the subject of the action and disposition of this action without intervention would impair the Conservator's ability to protect its interest in IndyMac;

WHEREAS FRCP 25(c) provides that when there has been a transfer of interest from a party to the litigation to a non party the action the court may substitute the non party in the action;

WHEREAS 12 USC § 1821(d)(12)(A)(i) provides that the Conservator may request a 45 day stay of any civil action or legal proceeding to which an insured depository institution has become a party;

WHEREAS 12 USC § 1821 (d)(12)(B) provides that upon receipt of a request by any receiver pursuant to 12 USC § 1821(d)(12)(A) for a stay of any judicial action or proceeding in any court with jurisdiction of such action or proceeding, the court shall grant such stay as to all parties;

WHEREAS, the parties hereto, stipulate between themselves that the Conservator be given leave to intervene in this action and substitute itself for IndyMac; and that this action be stayed for 45 days from the date of this Order to allow the Conservator to investigate the claims of Plaintiff.

Dated: 9/29/08

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA R. MANDELL

By: _____
JOSHUA R. MANDELL
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION

Dated: Sept 29, 2008

JENKINS MULLIGAN & GABRIEL LLP
TOM JENKINS
DAN MULLIGAN

By: /s/ Dan Mulligan
DAN MULLIGAN
Attorneys for Plaintiff
HENRY BOTELHO

Dated: _____

REED SMITH LLP
LORENZO EMILIO GASPARETTI
KAREN A. BRAJE
KRISTINE HUAJEAN CHEN

By: _____
LORENZO EMILIO GASPARETTI
Attorneys for Defendant
MORTGAGEIT, INC.

IT IS ORDERED that:

1. The FDIC as conservator for IndyMac Federal Bank F.S.B. is granted leave to intervene as of right in this matter and to be substituted in the place and stead of IndyMac Bank, F.S.B.

2. All proceedings against all parties in this matter shall be hereby stayed for 45 days from the date of entry of this order, _____, 2008.

Dated: _____                    _____

United States District Court Judge

806684.01/LA

-3-

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER

Dated: _____    JENKINS MULLIGAN & GABRIEL LLP
                                 TOM JENKINS
                                 DAN MULLIGAN

                                 By: _____
                                    DAN MULLIGAN
                                    Attorneys for Plaintiff
                                    HENRY BOTELHO

Dated: _September 29, 2008_      REED SMITH LLP
                                 LORENZO EMILIO GASPARETTI
                                 KAREN A. BRAJE
                                 KRISTINE HUAJEAN CHEN

                                 By: _/s/ Karen A. Braje_
                                    LORENZO EMILIO GASPARETTI
                                    Attorneys for Defendant
                                    MORTGAGEIT, INC.

IT IS ORDERED that:

    1.    The FDIC as conservator for IndyMac Federal Bank F.S.B. is granted leave to intervene as of right in this matter and to be substituted in the place and stead of IndyMac Bank, F.S.B.

    2.    All proceedings against all parties in this matter shall be hereby stayed for 45 days from the date of entry of this order, 2008.

Dated: 10/1/08    _____
                  United States District Court Judge