1  DAVID R. ZARO (BAR NO. 124334)
   JOSHUA R. MANDELL (BAR NO. 225269)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5
   Attorneys for Defendant
6  FEDERAL DEPOSIT INSURANCE
   CORPORATION
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | HENRY BOTELHO,  an individual,           | Case No. 4:08-cv-04316
12 |                Plaintiff,                 | STIPULATION TO ALLOW FDIC
   |                                           | ADDITIONAL TIME TO RESPOND TO
13 |        vs.                                | COMPLAINT; [Proposed] ORDER
   |                                           | THEREON
14 | MORTGAGEIT, INC., a New York
   | corporation; FEDERAL DEPOSIT
15 | INSURANCE CORPORATION, as
   | Conservator for INDYMAC FEDERAL
16 | BANK, F.S.B.; and DOES 1-100,
   | Inclusive,
17 |
   |                Defendants.
18

19        WHEREAS, on October 1, 2008, the Court entered a 45-day stay in this

20 matter based upon the substitution and intervention of the Federal Deposit Insurance

21 Corporation ("FDIC");

22        WHEREAS, plaintiff and the FDIC are currently evaluating the implications

23 of the FDIC's involvement and plaintiff's request to modify his loan;

24        WHEREAS, the parties hereto, stipulate between themselves that FDIC be

25 given an additional 30 days to respond to the complaint up to and including

26 December 17, 2008, so that the parties may continue their existing evaluation

27 without incurring the additional expense of litigation.

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

811972.01/LA

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER

Dated: Nov. 14, 2008        ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA R. MANDELL

By: _____

JOSHUA R. MANDELL
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE
CORPORATION

Dated: Nov 14, 2008        JENKINS MULLIGAN & GABRIEL
LLP
TOM JENKINS
DAN MULLIGAN

By: _____

DAN MULLIGAN
Attorneys for Plaintiff
HENRY BOTELHO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/17/08

Hon. Claudia Wilken
United States District Court Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

811972.01/LA      -2-

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER