1 DAVID R. ZARO (BAR NO. 124334)
JOSHUA R. MANDELL (BAR NO. 225269)
2 ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
3 515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
4 Phone: (213) 622-5555
Fax: (213) 620-8816
5
Attorneys for Defendant
6 FEDERAL DEPOSIT INSURANCE
CORPORATION
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| 11 HENRY BOTELHO, an individual, | Case No. 4:08-cv-04316 |
|---|---|
| 12  Plaintiff, | STIPULATION TO ALLOW FDIC ADDITIONAL TIME TO RESPOND TO COMPLAINT; [Proposed] ORDER THEREON |
| 13  vs. | |
| 14 MORTGAGEIT, INC., a New York corporation; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator for INDYMAC FEDERAL BANK, F.S.B.; and DOES 1-100, Inclusive, | |
| 15 | |
| 16 | |
| 17 | |
| 18  Defendants. | |

19     WHEREAS, on October 17, 2008, upon the request of plaintiff and the
20 Federal Deposit Insurance Corporation ("FDIC"), the Court extended the time for
21 the FDIC to respond to the Complaint in this matter by 30 days, so that plaintiff and
22 the FDIC may evaluate plaintiff's request to modify his loan without incurring the
23 additional expense of litigation;
24     WHEREAS, plaintiff and the FDIC remain actively involved in those
25 discussions and do not expect those discussions to be concluded before December
26 17, 2008, the expiration of the existing extension;
27     NOW THEREFORE, plaintiff and the FDIC stipulate by and between
28 themselves that the FDIC be given an additional 30 days to respond to the

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

814143.01/LA

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER

Complaint, up to and including January 16, 2008, so that they may conclude their ongoing discussions regarding plaintiff's request to modify his loan without incurring the additional expense of litigation.

Dated: 12/11/08

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA R. MANDELL

By: /s/ Joshua R. Mandell
JOSHUA R. MANDELL
Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION

Dated: 12/11/08

JENKINS MULLIGAN & GABRIEL LLP
TOM JENKINS
DAN MULLIGAN

By: /s/ Joshua R. Mandell for
DAN MULLIGAN
Attorneys for Plaintiff
HENRY BOTELHO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/12/08

/s/ Claudia Wilken
Hon. Claudia Wilken
United States District Court Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

814143.01/LA

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER

-2-