1  DAVID R. ZARO (BAR NO. 124334)
   JOSHUA R. MANDELL (BAR NO. 225269)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
5
   Attorneys for Defendant
6  FEDERAL DEPOSIT INSURANCE
   CORPORATION
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  HENRY BOTELHO,  an individual,        Case No. 4:08-cv-04316

12              Plaintiff,                 STIPULATION TO CONTINUE
                                           INITIAL CASE MANAGEMENT
13      vs.                                CONFERENCE; [Proposed] ORDER
                                           THEREON
14  MORTGAGEIT, INC., a New York
    corporation; FEDERAL DEPOSIT
15  INSURANCE CORPORATION, as
    Conservator for INDYMAC FEDERAL
16  BANK, F.S.B.; and DOES 1-100,
    Inclusive,
17
                Defendants.
18

19      WHEREAS, the Initial Case Management Conference in this matter is set for

20  December 23, 2008, at 2:00 p.m. in Courtroom 2 of the above-entitled Court;

21      WHEREAS, on December 12, 2008, the Court granted the Federal Deposit

22  Insurance Corporation ("FDIC") an additional 30 days to respond to the Complaint,

23  up to an including January 16, 2008, so that plaintiff and the FDIC may evaluate

24  plaintiff's request to modify his loan without incurring the additional expense of

25  litigation;

26      WHEREAS, the parties below believe the interests of judicial economy will

27  be better served by continuing the Initial Case Management Conference until a date

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
          814458.01/LA

1   after the plaintiff and the FDIC have had an opportunity to conclude their ongoing

2   discussions than by proceeding on December 23, 2008, as currently scheduled;

3       NOW THEREFORE, the parties stipulate by and between themselves that the

4   Initial Case Management Conference be continued to **Tuesday, February 3, ~~2008~~ 2009**

5   **at 2:00 p.m. in Courtroom 2,** and that attendant deadlines regarding ADR, Rule

6   26(f) disclosures and Case Management Statements be continued accordingly.

7   Dated: _____

8                                                         ALLEN MATKINS LECK GAMBLE
                                                        MALLORY & NATSIS LLP

9                                                         DAVID R. ZARO
                                                      JOSHUA R. MANDELL

10                                                        By:_____

11                                                           JOSHUA R. MANDELL
                                                        Attorneys for Defendant

12                                                        FEDERAL DEPOSIT INSURANCE
                                                      CORPORATION

13

14  Dated: _Drcember 15, 2008_                     REED SMITH LLP
                                                    LORENZO EMILIO GASPARETTI

15                                                        KAREN A. BRAJE
                                                      KRISTINE HUAJEAN CHEN

16                                                      By: _Kara A. Braje_____

17                                                         KAREN A. BRAJE
                                                Attorneys for Defendant

18                                                      MORTGAGEIT, INC.

19

20  Dated: _____              JENKINS MULLIGAN & GABRIEL
                                                       LLP

21                                                      TOM JENKINS
                                                    DAN MULLIGAN

22                                                      By:_____

23                                                      DAN MULLIGAN
                                                Attorneys for Plaintiff

24                                                      HENRY BOTELHO

25  PURSUANT TO STIPULATION, IT IS SO ORDERED,

26  Dated: _____12/16/08_____             _Claudia Wilken_____

27                                                      Hon. Claudia Wilken

28                                                      United States District Court Judge

LAW OFFICES
Jlen Matkins Leck Gamble
Mallory & Natsis LLP

814458.01/LA

-2-

Case No. 4:08-cv-04316
STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND
[Proposed] ORDER

L

1   after the plaintiff and the FDIC have had an opportunity to conclude their ongoing

2   discussions than by proceeding on December 23, 2008, as currently scheduled;

3        NOW THEREFORE, the parties stipulate by and between themselves that the

4   Initial Case Management Conference be continued to **Tuesday, February 3, 2008**

5   **at 2:00 p.m. in Courtroom 2,** and that attendant deadlines regarding ADR, Rule

6   26(f) disclosures and Case Management Statements be continued accordingly.

7   Dated: Dec. 15, 2008

8                                           ALLEN MATKINS LECK GAMBLE
          MALLORY & NATSIS LLP

9                                           DAVID R. ZARO
          JOSHUA R. MANDELL

10

11                                          By:_____

12                                          JOSHUA R. MANDELL
          Attorneys for Defendant
          FEDERAL DEPOSIT INSURANCE
          CORPORATION

13

14  Dated: _____

                                        REED SMITH LLP
          LORENZO EMILIO GASPARETTI
          KAREN A. BRAJE

15                                          KRISTINE HUAJEAN CHEN

16

17                                          By:_____

18                                            KAREN A. BRAJE
          Attorneys for Defendant
          MORTGAGEIT, INC.

19

20  Dated: Dec 15, 2008

                                        JENKINS MULLIGAN & GABRIEL
          LLP

21                                          TOM JENKINS
          DAN MULLIGAN

22

23                                          By:_____

24                                          DAN MULLIGAN
          Attorneys for Plaintiff
          HENRY BOTELHO

25  PURSUANT TO STIPULATION, IT IS SO ORDERED,

26  Dated: _____     _____

27                                          Hon. Claudia Wilken
          United States District Court Judge

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

814458.01/LA

-2-

Case No. 4:08-cv-04316
STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND
[Proposed] ORDER