1  DAVID R. ZARO (BAR NO. 124334)
   dzaro@allenmatkins.com
2  JOSHUA R. MANDELL (BAR NO. 225269)
   jmandell@allenmatkins.com
3  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
4  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
5  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
6
   Attorneys for Defendant
7  FEDERAL DEPOSIT INSURANCE
   CORPORATION

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  HENRY BOTELHO, an individual, | Case No. 4:08-cv-04316 |
| 12        Plaintiff, | STIPULATION TO ALLOW FDIC TO BE ADDED AS ADDITIONAL PARTY IN ITS CAPACITY AS RECEIVER OF INDYMAC BANK FSB; [Proposed] ORDER THEREON |
| 13        vs. | |
| 14  MORTGAGEIT, INC., a New York corporation; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of INDYMAC FEDERAL BANK, F.S.B.; and DOES 1-100, Inclusive, | |
| 17        Defendants. | |

19      WHEREAS On July 11, 2008, the Office of Thrift Supervision ("OTS")

20  closed IndyMac Bank, FSB and appointed the FDIC as its receiver pursuant to 12

21  U.S.C. § 1464(d)(2)(A) and § 1821(c)(5).  As receiver, the FDIC was appointed for

22  the purpose of liquidating the liabilities of the failed institution.  This includes the

23  administration of claims filed by creditors of the failed institution.  On the same

24  date, the OTS chartered a new institution, IndyMac Federal Bank, FSB, to which it

25  transferred all of the insured deposits and substantially all of the assets of the failed

26  institution.  The OTS then appointed the FDIC as conservator to operate new

27  institution and assumes all rights, titles, powers, privileges, and operations of the

28  failed institution.  Since that date, the FDIC has been operating in the dual capacity

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

817042.01/LA

Case No. 4:08-cv-04316
STIPULATION AND [Proposed] ORDER

1 | as receiver of IndyMac Bank, FSB and as conservator of IndyMac Federal Bank,
2 | FSB (collectively, the "Bank");

3 |     WHEREAS this Court entered an order on the stipulation of the parties on
4 | October 1, 2008, that substituted the FDIC into this action in the single capacity of
5 | Conservator of IndyMac Federal Bank, FSB;

6 |     WHEREAS the Complaint in the above-captioned action seeks relief that
7 | implicates the FDIC's dual role as receiver and as conservator of the Bank;

8 |     WHEREAS in order to protect the interests of the receivership, the FDIC now
9 | seeks leave to be added as a party into the above-captioned action in its additional
10 | capacity as receiver of IndyMac Bank, FSB;

11 |     WHEREAS, the parties hereto, stipulate between themselves that the FDIC be
12 | granted leave to be added as a party into this action in its additional capacity as
13 | receiver of IndyMac Bank, FSB.

Dated: January 15, 2009

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA R. MANDELL

By:    /s/ Joshua R. Mandell
   JOSHUA R. MANDELL
   Attorneys for Defendant
   FEDERAL DEPOSIT INSURANCE
   CORPORATION

Dated: January 15, 2009

JENKINS MULLIGAN & GABRIEL LLP
TOM JENKINS
DAN MULLIGAN

By:    /s/ Dan Mulligan
   DAN MULLIGAN
   Attorneys for Plaintiff
   HENRY BOTELHO

1  IT IS ORDERED that:

2      1.    The FDIC is granted leave to be added into this action as an additional

3  party in the following capacity and form: Federal Deposit Insurance Corporation, as

4  Receiver of IndyMac Bank, FSB.

5  Dated:    1/26/09                     _____

6                                                Hon. Claudia Wilken
                                              United States District Court Judge