Lorenzo Gasparetti (SBN 135976)
E-mail: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
MortgageIT, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HENRY BOTELHO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGEIT, INC., a New York corporation; INDYMAC BANK, F.S.B.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 08-04316 CW<br><br>Honorable ~~Claudia Wilken~~ Wayne Brazil<br>~~Courtroom 2~~<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANT MORTGAGEIT, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MEDIATION<br><br>Case Filed:      June 20, 2008<br>Case Removed:   September 15, 2008 |

1  Permission is hereby granted for Defendant MortgageIT, Inc. to participate by telephone in
2  the mediation of this matter which is currently scheduled for April 27, 2009, commencing at 9:30
3  a.m., at the law offices of Sideman & Bancroft LLP, One Embarcadero Center, Eighth Floor, San
4  Francisco, CA 94111-3629.

5  DATED: ~~March~~ April 6, 2009.

8  _____
   Magistrate Judge Wayne D. Brazil

US_ACTIVE-101325736