| | |
|---|---|
| JENKINS MULLIGAN & GABRIEL LLP.<br>THOMAS A. JENKINS, ESQ. [SBN: 92213]<br>tom@jmglawoffices.com<br>DANIEL J. MULLIGAN, ESQ. [SBN: 103129]<br>dan@jmglawoffices.com<br>78-065 Main Street, Suite 202<br>La Quinta CA 92253<br>Telephone: (415) 982-8500<br>Facsimile:  (415) 982-8515 | *E-Filed 6/25/09* |

Attorneys for Plaintiff
HENRY BOTELHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HENRY BOTELHO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MORTGAGEIT, INC., a New York corporation; INDYMAC BANK, F.S.B.; and DOES 1-100, Inclusive;<br><br>　　　　　Defendants. | Case No.:  C 08-04316 CW<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT**<br><br>Action Filed:     June 20, 2008<br>Date Removed:  September 15, 2008 |

Having received and considered the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that plaintiff Henry Botelho may file a First Amended Verified Complaint in this action in the form attached to said Stipulation.

Date: __6/25/09__

_____
JUDGE OF THE DISTRICT COURT