*E-Filed 6/25/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY BOTELHO, an individual, | No. 5:08 CV 4316 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| MORTGAGEIT, INC., a New York corporation; INDYMAC BANK, F.S.B.; and AURORA LOAN SERVICES, LLP, a Delaware corporation, | |
| Defendants. | |

There will be a case management conference in the above-captioned matter on **August 12, 2009, at 2:30 p.m.** *See* Fed. R. Civ. P. 16 and Local Civil Rule 16-10.

In accordance with Federal Rules of Civil Procedure 16 and 26 and Civil Local Rule 16-9, the parties should file an updated joint case management statement no later than **August 5, 2009**. Consent or declination to magistrate jurisdiction is also due this date from all parties who have not already noticed their consent. *See* Civil Local Rule 73-1.

Dated: 6/25/09

_____
RICHARD SEEBORG
United States Magistrate Judge