| | |
|---|---|
| 1 | JENKINS MULLIGAN & GABRIEL LLP. |
| | THOMAS A. JENKINS, ESQ. [SBN: 92213] |
| 2 | tom@jmglawoffices.com     *E-Filed 01/07/2010* |
| | DANIEL J. MULLIGAN, ESQ. [SBN: 103129] |
| 3 | dan@jmglawoffices.com |
| | 74-770 Highway 111, Suite 201 |
| 4 | Indian Wells CA 92210 |
| | Telephone: (415) 982-8500 |
| 5 | Facsimile: (415) 982-8515 |

Attorneys for Plaintiff
HENRY BOTELHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| HENRY BOTELHO, an individual, | Case No.: C 08-04316 RS |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER APPROVING STIPULATION FOR ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS |
| MORTGAGEIT, INC., a New York corporation; INDYMAC BANK, F.S.B.; AURORA LOAN SERVICES, LLP, a Delaware corporation; | Action Filed: June 20, 2008 |
| | Date Removed: September 15, 2008 |
| Defendants. | |

     Having received and considered the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing date on defendant's Motion To Dismiss be continued from Jamuary 20, 2010 to February 3, 2010, at 9:30 a.m.

Date: 01/07/2010 _____

_____
JUDGE OF THE DISTRICT COURT