1    JENKINS MULLIGAN & GABRIEL LLP.
     THOMAS A. JENKINS, ESQ. [SBN: 92213]
2    tom@jmglawoffices.com                                      *E-Filed 01/07/2010*
     DANIEL J. MULLIGAN, ESQ. [SBN: 103129]
3    dan@jmglawoffices.com
     74-770 Highway 111, Suite 201
4    Indian Wells CA 92210
     Telephone: (415) 982-8500
5    Facsimile:  (415) 982-8515

6    Attorneys for Plaintiff
     HENRY BOTELHO

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11   HENRY BOTELHO, an individual,          Case No.:  C 08-04316 RS

12                  Plaintiff,

13        vs.                               [PROPOSED] ORDER APPROVING
                                            STIPULATION FOR ORDER
14   MORTGAGEIT, INC., a New York           CONTINUING HEARING DATE ON
     corporation; INDYMAC BANK, F.S.B.;     DEFENDANT'S MOTION TO DISMISS
15   AURORA LOAN SERVICES, LLP,
     a Delaware corporation;                Action Filed:     June 20, 2008
16                                          Date Removed:  September 15, 2008
                  Defendants.
17

18

19

20

21        Having received and considered the Stipulation of the parties, and good cause

22   appearing therefore, IT IS HEREBY ORDERED that the hearing date on defendant's

23   Motion To Dismiss be continued from January 20, 2010 to February 3, 2010, at 9:30 a.m.

     Date: _____  01/07/2010
24

25                                          _____
                                            JUDGE OF THE DISTRICT COURT
26

27

28