*E-Filed 8/23/10*

1  DAVID R. ZARO (BAR NO. 124334)
   JOSHUA R. MANDELL (BAR NO. 225269)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
   Los Angeles, California 90071-3309
4  Phone:  (213) 622-5555
   Fax:  (213) 620-8816
5
   Attorneys for Defendant
6  U.S. Bank, N.A., as Trustee for the LXS 2007-4N
   Trust
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  HENRY BOTELHO, an individual,          | Case No. 4:08-cv-04316 RS

12              Plaintiff,                   | [Assigned to Judge Hon. Richard
                                             | Seeborg]
13       vs.
                                             | STIPULATION OF PARTIES TO
14  MORTGAGEIT, INC., a New York            | MODIFY CASE MANAGEMENT
    corporation; INDYMAC BANK, F.S.B.;      | SCHEDULING ORDER; [Proposed]
15  and U.S. BANK, N.A., as Trustee for the | ORDER THEREON
    LXS 2007-4N Trust,
16                                           | [N.D. Local Rule 16-2]
              Defendants.
17

18       Plaintiff Henry Botelho ("Plaintiff") and Defendant U.S. Bank, N.A.

19  ("Defendant"), by and through their respective attorneys of record, do hereby

20  stipulate and agree that:

21       1.    On April 1, 2010, the Court entered a Case Management Scheduling

22  Order.

23       2.    The parties are actively engaged in discussions that may result in a

24  resolution of this matter without either side incurring additional litigation costs and

25  fees.

26       3.    The existing Scheduling Order contains the following discovery

27  deadlines, which the parties seek to modify so that they may conclude their ongoing

28  discussions without incurring additional expense or becoming unnecessarily

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

869783.01/LA

1

Case No.  4:08-cv-04316 RS
Stipulation of the Parties to Modify Case
Management Scheduling Order

1  adversarial: (a) last day to complete all non-expert discovery (September 27, 2010),

2  (b) last day for plaintiff to disclose experts and reports (August 30, 2010), (c) last

3  day for defendant to disclose experts and reports (September 13, 2010), (d) last day

4  to complete all expert discovery (September 27, 2010).

5          4.      In the interests of judicial economy, the parties stipulate and agree that

6  the discovery deadlines be continued by approximately 45 days as follows:

7          a.      All non-expert discovery shall be completed by November 11, 2010.

8          b.      On or before October 14, 2010, plaintiff shall disclose expert testimony

9  and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

10         c.      On or before October 28, 2010, defendant shall disclose expert

11 testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

12         d.      On or before November 11, 2010, all discovery of expert witnesses

13 pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

14         5.      The parties have not previously sought to modify the Scheduling Order

15 in this matter.

16

17         IT IS SO STIPULATED.

18

19 Dated:  August 19, 2010                    ALLEN MATKINS LECK GAMBLE
                                                 MALLORY & NATSIS LLP
20                                            DAVID R. ZARO
                                              JOSHUA R. MANDELL
21

22                                            By:      /S/ Joshua R. Mandell

23                                                 JOSHUA R. MANDELL
                                                   Attorneys for Defendant
                                                   U.S. Bank, N.A.
24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

869783.01/LA

2

Case No.  4:08-cv-04316 RS
Stipulation of the Parties to Modify Case
Management Scheduling Order

1 | Dated: August 19, 2010                    JENKINS MULLIGAN & GABRIEL LLP

2

3                                            By: _____/s/ Daniel J. Mulligan_____
                                                  DANIEL J. MULLIGAN
4                                                 Attorneys for Plaintiff
                                                  Henry Botelho
5

6

7          PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9 | Dated: ___8/23/10_____          _____
                                              Hon. Richard Seeborg
10                                            Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

869783.01/LA

3

Case No.  4:08-cv-04316 RS
Stipulation of the Parties to Modify Case
Management Scheduling Order