*E-Filed  2/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENRY BOTELHO,

        Plaintiffs,

  v.

U.S. BANK, N.A.,

        Defendants.

No. C 08-04316 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 14, 2011.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 21, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  2/11/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE